

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:        01-18-00630-CV

Style:        George Wood v. Matthew D. Wiggins, Jr.

Date motion filed*:        July 11, 2018

Type of motion:        Unopposed Motion to Extend Time for Filing Notice of Appeal

Party filing motion:        Appellant George Wood's counsel, George F. May

Document to be filed:        N/A

Is appeal accelerated?        No.

If motion to extend time:

      Original due date:        July 6, 2018 (regular appeal deadline); June 26, 2018 (interlocutory appeal deadline)

      Number of extensions granted:        0   Current Due Date:  July 6, 2018; July 11, 2018 (15-day grace period for interlocutory deadline)

      Date Requested:        July 5, 2018

Ordered that motion is:

      ☑ Granted
      ☐ Denied
      ☐ Dismissed (*e.g.*, want of jurisdiction, moot)
      ☑ Other: _____

      To the extent that this is an interlocutory appeal, appellant Wood's motion to extend the time for filing the notice of appeal is **granted** because the notice of appeal was filed on July 5, 2018, within the 15-day grace period for interlocutory appeals ending on July 11, 2018, and counsel's motion provides a reasonable explanation for the 9-day delay.  *See* TEX. R. APP. P. 10.5(b), 26.1(b), 26.3; *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997); *Hone v. Hanafin*, 104 S.W.3d 884, 886-87 (Tex. 2003).

Judge's signature: /s/ Laura C. Higley
               ☑ Acting individually        ☐ Acting for the Court

Date: July 19, 2018